UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11

ELCOM HOTEL & SPA, LLC and                                Case No.  13-10029-BKC-RAM
ELCOM CONDOMINIUM, LLC,                                   Case No.  13-10031-BKC-RAM

    Debtors.                                           (Jointly Administered)
_____/

### DEBTORS' NOTICE OF FUNDING

Elcom Hotel & Spa, LLC and Elcom Condominium, LLC (collectively, the "**Debtors**"), by and through undersigned counsel, hereby gives notice of receipt of a capital contribution in the amount of $676,190.87 (the "**Contribution**") from F9 Properties, LLC ("F9"), an entity wholly-owned by Thomas D. Sullivan ("**Sullivan**").  Pursuant to paragraph 11 and 12 of the Stipulation [ECF No. 69], the Debtors agreed to pay certain maintenance fees on a quarterly basis commencing with the first quarter of 2013 (the "**Maintenance Fees**").  The Debtors' counsel received invoices for the first quarter 2013 Maintenance Fees totaling $676,190.87 (the "**First Quarter Maintenance Fees**").

The Debtors currently have insufficient funds to pay the First Quarter Maintenance Fees.  The Contribution will be solely used for the payment of the First Quarter Maintenance Fees.  The Debtors' history and the pre-petition litigation are well known to the Court and parties in interest.  In an effort to foster cooperation among the parties involved, F9 and Sullivan made the decision to make the Contribution.

By making the Contribution for payment of the First Quarter Maintenance Fees as a capital contribution and not an extension of credit under 11 U.S.C. § 364, Sullivan, F9, or any other entity owned directly or indirectly by Sullivan have not obligated themselves to fund any

{Firm Clients/3258/3258-46/01224212.DOCX.}4233.101/343543
1

future Maintenance Fees or other shortfalls of the Debtors with a capital contribution. Sullivan, F9, and any other entity owned directly or indirectly by Sullivan have expressly reserved their rights to condition any future funding on the Debtors being required to obtain approval for the extension of credit pursuant to 11 U.S.C. § 364 as provided by the Stipulation.

Dated:   February 5, 2013                     Respectfully submitted,

        KOZYAK TROPIN & THROCKMORTON, P.A.
        *Counsel for the Debtors*
        2525 Ponce de Leon Blvd., 9th Floor
        Miami, Florida 33134
        Tel.:    (305) 372-1800
        Fax:    (305) 372-3508
        E-mail: cwt@kttlaw.com
                clc@kttlaw.com
                vfa@kttlaw.com

        By: /s/ Corali Lopez-Castro
            Charles W. Throckmorton
            Florida Bar No. 286192
            Corali Lopez-Castro
            Florida Bar No. 286192
            Vincent F. Alexander
            Florida Bar No. 68114

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

        By: /s/ Corali Lopez-Castro
            Corali Lopez-Castro

{Firm Clients/3258/3258-46/01224212.DOCX.}4233.101/343543

2

## ECF Service List
**13-10029-RAM Notice will be electronically mailed to:**

Aleida Martinez Molina on behalf of Interested Party Village of Bal Harbour, Florida
amartinez@wsh-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles M Tatelbaum on behalf of Creditor 10295 Collins Avenue Residential Condominium Association, Inc.
ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com

Charles W Throckmorton on behalf of Debtor Elcom Condominium, LLC
cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com

Raquel A Rodriguez on behalf of Interested Party Jorge Perez
rrodriguez@mcdonaldhopkins.com, ccorzo@mcdonaldhopkins.com
mailto:mgrosack@mwe.com

Steven E Seward on behalf of Creditor 10295 Collins Avenue Residential Condominium Association, Inc.
sseward@hinshawlaw.com, lportuondo@hinshawlaw.com

Christopher A Jarvinen on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
cjarvinen@bergersingerman.com, efile@bergersingerman.com;dparry@bergersingerman.com

Harris J. Koroglu on behalf of Creditor ValleyCrest Landscape Maintenance, Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Paul Steven Singerman on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com

William G Salim Jr on behalf of Interested Party Mark Pordes
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Adam I Skolnik on behalf of Creditor HSA Investments I, LLC
askolnik@skolniklawpa.com, fskolnik@skolniklawpa.com