UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

ELCOM HOTEL & SPA, LLC, *et al.*,

Debtors.

CASE No. 13-10029-RAM
(Jointly Administered)

CHAPTER 11

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Stevan J. Pardo, Esq. and Jeffrey J. Pardo, Esq., of Pardo Gainsburg, PL, hereby enter an appearance as counsel on behalf of GEORGE J SCHAFER LLC; ASHOK KUMAR; NAIM FARHAT and KINDA FARHAT, his wife, and HASSAN ABBASS and JULIA ABBASS, his wife; 513 AMREI LLC; 10295 COLLINS INVESTMENT INC; NICHOLAOS ROKANAS and PENELOPE LASKARIS, his wife; JOSEMAR LLC; BAL HARBOUR 1017, LLC; NORMAN GLOWINSKY &W LILLIAN; K & K REALTY ASSOCIATES LLC; GARY DANIELS and CLAIRE DANIELS, his wife; KU TRADING LLC; TAS PROP LLC; LEWIS SHENKER and ARLINE SHENKER, his wife, and JOSEPH PUGLISI and PATRICIA PUGLISI, his wife; MICHAEL C. MURR; 133812 CANADA, INC.; DENIS TRUPKIN and LINDA TRUPKIN, his wife; INDULGENCE AT BAL HARBOUR, LLC; EDWARD TAM and TARA HART, his wife; and NOEL A. D'SILVA and VIMAL M. FONSECA, his wife; UNIT #714 REGENT BAL HARBOUR LLC; UNIT #1112 REGENT BAL HARBOUR LLC; UNIT #1113 REGENT BAL HARBOUR LLC; FRANCIS LEO DOYLE, III; WESTQUALITY INC.; MICHAEL KONIG (collectively, the "RMA Unit Owners"); and

*In re Elcom Hotel & Spa, Inc.*
Case No. 13-10029-RAM         page 2
Notice of Appearance

requests that all notices, motions, pleadings, papers, requests and other matters be served in these jointly-administered cases upon the undersigned at the below specified address:

Dated on March 14, 2013.

                                    **PARDO GAINSBURG, PL**
                                    200 S.E. First Street, Suite 700
                                    Miami, FL  33131
                                    (305) 358-1001
                                    (305) 358-2001 (fax)
                                    Attorneys for RMA Unit Owners

                                    By: _____
                                        Stevan J. Pardo
                                        Fla. Bar No. 438626
                                        E-mail: spardo@pardogainsburg.com
                                        Jeffrey J. Pardo
                                        Fla Bar No.: 273791
                                        E-mail: jpardo@pardogainsburg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2013, a true and correct copy of the foregoing was filed with the Clerk of Court via hand-delivery and is also being served upon all counsel of record listed in the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                                                         _____
                                                         Jeffrey J. Pardo, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-10029-RAM<br>Southern District of Florida<br>Miami<br>Thu Mar 14 13:33:48 EDT 2013 | 10295 Collins Avenue Residential Condominium<br>1 E. Broward Blvd.<br>Suite 1010<br>Fort Lauderdale, FL 33301-1866 | Elcon Condominium, LLC<br>10295 Collins Avenue<br>Bal Harbour, FL 33154-1471 |
| Elcon Hotel & Spa, LLC<br>10295 Collins Avenue<br>Bal Harbour, FL 33154-1471 | HSA Investments I, LLC<br>POB 759077<br>Coral Springs, FL 33075-9077 | HSA Investments II, LLC<br>POB 759077<br>Coral Springs, FL 33075-9077 |
| HSA Investments III, LLC<br>POB 759077<br>Coral Springs, FL 33075-9077 | Village of Bal Harbour, Florida<br>c/o Aleida Martinez Molina<br>33134 | 10295 Collins Avenue Hotel, Condominium<br>Association, Inc.<br>c/o Jeffrey J. Pardo, Esq.<br>2 South Biscayne Blvd., Suite 2475<br>Miami, FL 33131-1809 |
| 10295 Collins Avenue, Residential<br>Condominium Association, Inc.<br>c/o Mitchell R. Bloomberg<br>9155 South Dadeland Blvd., Suite 1600<br>Miami, FL 33156-2741 | 10295 Collins Investment / Michael Konig<br>10295 Collins Avenue, Unit 411<br>Miami Beach, FL 33154-1478 | 10295 Collins Investment, Inc.<br>10295 Collins Avenue, Unit 1210<br>Miami Beach, FL 33154-1471 |
| 10295 Collins Investment, Inc.<br>10295 Collins Avenue, Unit 1211<br>Miami Beach, FL 33154-1471 | 10295 Collins Investment, Inc.<br>10295 Collins Avenue, Unit 313<br>Miami Beach, FL 33154-1477 | 133812 Canada, Inc.<br>10295 Collins Avenue, Unit 1116<br>Miami Beach, FL 33154-1483 |
| 133812 Canada, Inc.<br>10295 Collins Avenue, Unit 1117<br>Miami Beach, FL 33154-1483 | 513 Amrei LLC<br>10295 Collins Avenue, Unit 513<br>Miami Beach, FL 33154-1479 | A-Cleaner World<br>13455 W. Dixie Hwy<br>North Miami, FL 33161-4136 |
| AAA<br>Mail Stop 2<br>1000 AAA Drive<br>Heathrow, FL 32746-5060 | ADP, Inc.<br>P.O. Box 842854<br>Boston, MA 02284-2854 | ADP, Inc.<br>PO Box 0888<br>Carol Stream, IL 60132-0888 |
| ADP, Inc.<br>PO Box 842875<br>Boston, MA 02284-2875 | AG Solutions Premium Inc.<br>6760 SW 30 Street<br>Miami, FL 33155-3818 | AGR Funding Inc.<br>15442 SW 163rd Street<br>Miami, FL 33187-5231 |
| ANO, LLC<br>c/o Eric Ostroff, Esq.<br>Meland Russin & Budwick, P.A.<br>200 South Biscayne Blvd., Suite 3000<br>Miami, FL 33131-2305 | ANTONE 101011, LLC<br>10295 Collins Avenue, Unit 1010<br>Miami Beach, FL 33154-1482 | ANTONE 101011, LLC<br>10295 Collins Avenue, Unit 1011<br>Miami Beach, FL 33154-1482 |
| Ace Home Centers-Miami Beach<br>545 41st Street<br>Miami Beach, FL 33140-3509 | Acento Creative Communication<br>2046 Cotner Avenue<br>Los Angeles, CA 90025-5604 | Advanced Control Corporation<br>6001 NE 14th Avenue<br>Fort Lauderdale, FL 33334-5007 |

| | | |
|---|---|---|
| Advanced Fire & Security<br>P.O. Box 668370<br>Pompano Beach, FL 33066-8370 | Advantage Reserve, LLC<br>147 W. 35th Street, Suite 1705<br>New York, NY 10001-2100 | Air Essentials Inc.<br>2801 Florida Avenue, Suite 18<br>Coconut Grove, FL 33133-1903 |
| Airstron, Inc.<br>1559 SW 21st Avenue<br>Ft. Lauderdale, FL 33312-3159 | Alex Benton Lewis and Gilda Yaffe<br>10295 Collins Avenue, Unit 510<br>Miami Beach, FL 33154-1479 | Alex Benton Lewis and Gilda Yaffe<br>10295 Collins Avenue, Unit 511<br>Miami Beach, FL 33154-1479 |
| Alsco<br>2631 NW 17th Lane<br>Pompano Beach, FL 33064-1539 | American Hotel Register Company<br>PO Box 71299<br>Chicago, IL 60694-1299 | American Plumbing & Electrical<br>1735 Alton Rd.<br>Miami Beach, FL 33139-2411 |
| Amy Heller Trustee and Martin Heller Trustee<br>10295 Collins Avenue, Unit 314<br>Miami Beach, FL 33154-1477 | Appriver, LLC<br>1101 Gulf Breeze Parkway<br>Suite 200<br>Gulf Breeze FL 32561-4858 | Aquahealth, Inc.<br>475 Washington St., Unit 2-1B<br>Wrentham, MA 02093-1100 |
| Ariel & Valarie Rodriguez Palacios<br>10295 Collins Avenue, Unit 1817<br>Miami Beach, FL 33154-1487 | Armchem International Corp.<br>3563 NW 53rd Ct.<br>Ft Lauderdale, FL 33309-6344 | Arriaga, LLC<br>2101 Brickell Ave Apt. 2212<br>Miami, FL 33129-2124 |
| Ascom Systems, Inc.<br>PO Box 651271<br>Miami, FL 33265-1271 | Ashok Kumar<br>10295 Collins Avenue, Unit 812<br>Miami Beach, FL 33154-1481 | Atlantic Broadband<br>1681 Kennedy Cswy<br>North Bay Village, FL 33141 |
| Aventura Marketing Council<br>20900 NE 30th Avenue<br>Suite 410<br>Aventura, FL 33180-2163 | Aventura Worldwide Transportation<br>PO Box 80-0146<br>Aventura, FL 33280-0146 | Avian Flyaway, Inc.<br>510 Turtle Cove<br>Suite 109<br>Rockwall, TX 75087-5374 |
| Avoxi, Inc<br>Attn: AR Department<br>1000 Circle 75 Parkway, Ste 500<br>Atlanta, GA 30339-6015 | BEIC<br>P.O. Box 32034<br>Lakeland, FL 33802-2034 | Bal Harbour 1017, LLC<br>10295 Collins Avenue, Unit 1017<br>Miami Beach, FL 33154-1482 |
| Bal Harbour Village<br>655 96th Street<br>Bal Harbour, FL 33154-2499 | Beach Raker<br>220 NE 13th Street<br>Pompano Beach, FL 33060-5751 | Bela Jancsik and Zsuzsa Jancsik<br>10295 Collins Avenue, Unit 1416<br>Miami Beach, FL 33154-1484 |
| Benchmark Equipment Company<br>4 Waterway Square Suite 300<br>The Woodlands, TX 77380-3854 | Benchmark Hospitality Internat<br>4 Waterway Square<br>Suite 300<br>The Woodlands, TX 77380-3854 | Benchmark Management Company<br>4 Waterway Square Suite 300<br>The Woodlands, TX 77380-3854 |

Benton's Smoky Mountain Countr
2603 Hwy. 411 North
Madisonville, TN 37354-6356

Berkowitz Dick Pollack & Brant
200 South Biscayne Blvd., 6th Floor
Miami, FL 33131-5351

Bibby Financial Services (Midw
For The Account of: New White
14906 Collections Center Drive
Chicago, IL 60693-0149

Blue Crayon, Inc.
10295 Collins Avenue, Unit 512
Miami Beach, FL 33154-1479

Boucher Brothers Management Inc
1451 Ocean Dr, Suite 205
Miami Beach, FL 33139-4132

Bragard Inc.
30-30 47th Ave.
4th Floor
Long Island.City, NY 11101-3424

Brown Distributing, LLC
1300 Allendale Road
West Palm Beach, FL 33405-1085

CIH Environmental Solutions
425 SW 17 Avenue
Miami, FL 33135-3626

CIH 8 Inc.
2275 Biscayne Blvd, Suite 1
Miami, FL 33137-5035

CIM 8, Inc.
10295 Collins Avenue, Unit 1013
Miami Beach, FL 33154-1482

Caluco Corp.
10295 Collins Avenue, Unit 917
Miami Beach, FL 33154-1481

Caluco Corp.
c/o Hilda Rodriguez
5851 West 20th Ave, Apt 410
Hialeah, Fl 33012-7560

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Cape Canaveral Shrimp Co. dba
688 S. Park Avenue
Titusville, FL 32796-3854

Carbon's
PO Box 71
Buchanan, MI 49107-0071

Cardos Real Estate Corp.
10295 Collins Avenue, Unit 1410
Miami Beach, FL 33154-1484

Cartres Corp.
10295 Collins Avenue, Unit 1411
Miami Beach, FL 33154-1484

Cascade Water Services
113 Bloomingdale Rd.
Hicksville, NY 11801-6547

Chariot Global
10295 Collins Avenue, Unit 1110
Miami Beach, FL 33154-1483

Charles Klein
10295 Collins Avenue, Unit 1012
Miami Beach, FL 33154-1482

Chase Home Finance, LLC
c/o REO World, Inc - HOA Dept
170 Newport Center Drive #150
Newport BeachC CA 92660-6970

Christina's Party Rentals
9740 East Evergreen
Miami, FL 33157-5444

Cintas
PO Box 97627
Chicago, IL 60678-7626

Cintas Corporation
Location 017
1111 NW 209 Ave
Pembroke Pines, FL 33029-2110

Cintas Corporation
Location 017
PO Box 630910
Cincinnati, OH 45263-0910

City Maintenance Supply
6725 NW 16th Terrace
Fort Lauderdale, FL 33309-1515

Clearview Cleaning Contractors
6440 S.W. 42nd Street
Davie, FL 33314-3322

Cliff Hanger
5541 N.W. 74 Ave.
Miami, FL 33166-4211

Colonial Life
Premium Processing
P.O. Box 903
Columbia, SC 29202-0903

Contempo Linen & Event Rentals
4421 Northwest 97 Avenue
Miami, FL 33178-3354

| | | |
|---|---|---|
| Coss Express LLC<br>PO Box 630716<br>N. Miami Beach, FL 33163-0716 | Costa D' Este<br>3244 Ocean Drive<br>Vero Beach, FL 32963-1956 | Current Owner<br>10295 Collins Avenue, Unit 713<br>Miami Beach, FL 33154-1480 |
| Cuscano Italian Bakery<br>2798 SW 32nd Ave<br>Hollywood, FL 33023-7702 | Cy's Linen Service, Inc.<br>510 West 28th Street<br>Hialeah, FL 33010-1326 | D N T Locksmith<br>PO Box 813118<br>Hollywood, FL 33081-3118 |
| DM Luxury LLC<br>P.O. Box 645016<br>Cincinnati, OH 45264-0303 | Delta P. Carver<br>3 East Tower Circle<br>Ormond Beach, FL 32174-8760 | Denis Trupkin and Linda Trupkin<br>10295 Collins Avenue, Unit 911<br>Miami Beach, FL 33154-1481 |
| Dennis Foster and Valerie Foster<br>10295 Collins Avenue, Unit 616<br>Miami Beach, FL 33154-1479 | Dining Out Miami LLC<br>1504 Bay Rd #1421<br>Miami Beach, FL 33139-3274 | Diskettes Unlimited<br>PO Box 531309<br>Miami, FL 33153-1309 |
| Divine Bovine Enterprises LLC<br>871 W 4th St. Ste B<br>Beaumont, CA 92223-2677 | Duane Morris LLP<br>200 South Biscayne Boulevard<br>Suite 3400<br>Miami, FL 33131-5323 | Dynamic Chemicals<br>PO Box 960085<br>Miami, FL 33296-0085 |
| Ecolab, Inc.<br>PO Box 905327<br>Charlotte, NC 28290-5327 | Ecolo Odor Control Systems<br>801 Aurelia Street<br>Boca Raton, FL 33486-3531 | Edward Tan and Tara Hart<br>Noel A. Da Silva and Vimal M. Fonseca<br>10295 Collins Avenue, Unit 414<br>Miami Beach, FL 33154-1478 |
| Elbahla, LLC<br>c/o Joseph A. DeMaria, Esq.<br>Tew Cardenas, LLP<br>1441 Brickell Avenue, Suite 1500<br>Miami, FL 33131-3431 | Elements & Accents<br>1808 NW 82 Ave.<br>Doral, FL 33126-1014 | Elite Appliance Service Inc.<br>18970 Northwest 27th Ave. #202<br>Miami Gardens, FL 33056-2509 |
| Evanthia Alfonso and Benny Alfonso<br>10295 Collins Avenue, Unit 412<br>Miami Beach, FL 33154-1478 | Event Outfitters, Corp.<br>1750 W 8th Ave<br>Hialeah, FL 33010-2317 | Exceptional Linen Services LLC<br>14397 SW 143 Ct.<br>Bay 101<br>Miami, FL 33186-6730 |
| Express Drain & Sewer Cleaning<br>P.O. Box 121957<br>Fort Lauderdale, FL 33312-0033 | Expressions Magazine<br>Attn: Marcelo Morichi<br>Acento Communications<br>1363 Meridian PL. NW<br>Washington, DC 20010-3422 | F9 Investments, LLC<br>Attn: Thomas D. Sullivan<br>16 Palm Avenue<br>Miami Beach, FL 33139-5138 |
| FPL<br>9250 West Flagler St.<br>Suite 2420<br>Miami, FL 33174-3414 | Family Rentals<br>2905 S. Congress Avenue<br>Suite G<br>Delray Beach, FL 33445-7337 | Florida Department of Financial<br>Revenue Processing Section-Boi<br>PO Box 6100<br>Tallahassee, FL 32314-6100 |

Florida Department of Revenue
8175 NW 12th St, Ste 119
Doral, FL 33126-1828

Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Francis Lee Doyle III
10295 Collins Avenue, Unit 617
Miami Beach, FL 33154-1479

Francis Leo Doyle, III
34 Foggs Point Rd
Freeport, ME 04032-6010

Freshpoint A One A Produce and
2300 NW 19th Street
Pompano Beach, FL 33069-5227

Freshpoint South Florida
2300 NW 19th Street
Pompano Beach, FL 33069-5227

Freshpoint South Florida, Inc.
c/o Thomas E. Krause, Esq.
9700 South Dixie Highway, Suite 550
Miami, FL 33156-2825

Front Line Systems, Inc.
3449 Hamilton Avenue
Deephaven, MN 55391-3103

Future Energy Systems
2801 Evans Street
Hollywood, FL 33020-1119

Gab Robins a Division of Cunni
610 Crescent Executive Ct, #200
Lake Mary, FL 32746-2119

Galloway
10201 Northwest 21st Street
Miami, FL 33172-2518

Gary Daniels and Clair Daniels
10295 Collins Avenue, Unit 1716
Miami Beach, FL 33154-1486

Gary Daniels and Clair Daniels
10295 Collins Avenue, Unit 1717
Miami Beach, FL 33154-1486

Gary's Seafood Specialties
721 West Amelia Street
Orlando, FL 32805-1401

George J. Schafer, LLC
10295 Collins Avenue, Unit 1114
Miami Beach, FL 33154-1483

Go2events
20533 Biscayne Blvd, Suite 448
Aventura, FL 33180-1529

Gocha Matsaberidze
10295 Collins Avenue, Unit 516
Miami Beach, FL 33154-1479

Gocha Matsaberidze
10295 Collins Avenue, Unit 517
Miami Beach, FL 33154-1479

Gocha Matsaberidze
c/o Irina Slyusarchuk
20803 Biscayne Blvd #302
Aventura, FL 33180-1431

Gold Coast Beverage Distribut
10055 NW 12th Street
Doral, FL 33172-2761

Goldflower Corp.
2235 NE 207 St
Miami, FL 33180-1336

Gourmet Resource, Inc.
3535 NW 33rd Street
Miami, FL 33142-5735

Grand Western Brands, Inc.
PO Box 21046
Ft. Lauderdale, FL 33335-1046

Greater Miami & The Beaches
Hotel Association
1674 Meridian Ave., Suite 420
Miami Beach, FL 33139-2807

Green-Wise, Inc.
1911 S.W. 58th Ave.
Plantation, FL 33317-5924

Growing Synergy, LLC
4267 E. Michigan Street
Orlando, FL 32812-5184

HCP/Abroad Publishing
701 Brickell Avenue
Suite 2700
Miami, FL 33131-2851

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058

HSA Investments I, HSA Investments II
and HSA Investments III
c/o Jason Weaver, Esq.
3531 Griffin Road
Fort Lauderdale, FL 33312-5444

HSA Investments I, LLC
10295 Collins Avenue, Unit 1611
Miami Beach, FL 33154-1486

| | | |
|---|---|---|
| HSA Investments II, LLC<br>10295 Collins Avenue, Unit 1714<br>Miami Beach, FL 33154-1486 | HSA Investments III, LLC<br>10295 Collins Avenue, Unit 1715<br>Miami Beach, FL 33154-1486 | Harrison & Shriftman LLC<br>141 West 36th Street<br>12th Floor<br>New York, NY 10018-9494 |
| Hialeah Products Co.<br>P.O. Box 223247<br>Hollywood, FL 33022-3247 | Hilcraft Engraving<br>PO Box 110687<br>Hialeah, FL 33011-0687 | Hilcraft Engraving, Inc.<br>3960 N.W. 26 Street<br>Miami, FL 33142-6728 |
| Hill York<br>PO Box 350155<br>Fort Lauderdale, FL 33335-0155 | Holland & Knight LLP<br>701 Brickell Ave #3000<br>Miami, FL 33131-2898 | Hon. Eric H. Holder, Jr.<br>U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 |
| Hon. Wifredo A. Ferrer<br>U.S. Attorney's Office<br>99 N.E. 4th Street<br>Miami, FL 33132-2131 | Hospitality Ebusiness Strategies<br>1601 Broadway Ave., 11th Floor<br>New York, NY 10019-7434 | Hospitality Marketing Association<br>P.O. Box 548<br>Monterey, CA 93942-0548 |
| Hospitality Staffing Solutions<br>8182 Solutions Center<br>Chicago, IL 60677-0001 | Hotelslippers.com<br>PO Box 110184<br>Naples, FL 34108-0104 | Illy Cafe North America, Inc.<br>PO Box-29917<br>New York, NY 10087-9917 |
| Illy Caffe North America<br>800 Westchester Avenue<br>Suite S440<br>Rye Brook, NY 10573-1329 | Imperial Credit Corporation<br>Box 9045<br>New York, NY 10087-2045 | Independent Seafoods<br>5300 Georgia Avenue<br>West Palm Beach, FL 33405-3598 |
| Indulgence at Bal Harbour LLC<br>10295 Collins Avenue, Unit 1413<br>Miami Beach, FL 33154-1484 | Ingrid Gouzden<br>10295 Collins Avenue, Unit 1515<br>Miami Beach, FL 33154-1485 | Interactive Sites, Inc.<br>14988 N. 78th Way<br>Suite 220<br>Scottsdale, AR 85260-3473 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Polo Club of Pal<br>3667 120th Avenue South<br>Wellington, FL 33414-8745 | Island Oasis Frozen Beverage C<br>P.O. Box 842826<br>Boston, MA 022842826 |
| JChiu Holding, LLC<br>10295 Collins Avenue, Unit 1417<br>Miami Beach, FL 33154-1484 | Jeffery Cohen and Barbara Cohen<br>10295 Collins Avenue, Unit 1512<br>Miami Beach, FL 33154-1485 | Jeffery Cohen and Barbara Cohen<br>10295 Collins Avenue, Unit 1513<br>Miami Beach, FL 33154-1485 |
| Johnstone Supply<br>2555 NW 75th Ave<br>Miami, FL 33122-1429 | Johnstone Supply<br>P.O. Box 693634<br>Miami, FL 33269-0634 | Jordan Catellon Ricardo, P.L.<br>255 Alhambra Cir #500<br>Coral Gables, FL 33134-7417 |

Jorge E. Arevalo
7301 SW 57 Court
Miami, FL 33143-5317

Jorge J. Perez, Receiver
c/o Raquel A. Rodriguez, Esq.
McDonald Hopkins LLC
200 South Biscayne Blvd., Suite 3130
Miami, FL 33131-2344

Josemar, LLC
10295 Collins Avenue, Unit 1016
Miami Beach, FL 33154-1482


K & K Realty Associates LLC
10295 Collins Avenue, Unit 910
Miami Beach, FL 33154-1481

K Sea Trading
12201 NW 106th Court
Medley, FL 33178-1205

KIRN Properties / Illian Elfassy
10295 Collins Avenue, Unit 1015
Miami Beach, FL 33154-1482


Kabi Plumbing, Inc.
11034 West Flagler Street
Miami, FL 33174-1222

Karcher North America
Dept. Ch 19244
Palatine, IL 60055-0001

Karla Conceptual Event Experience
100 NE 25th Street
Miami, FL 33137-4835


Karla Conceptual Event Experiences
100 Northeast 25 Street
Miami, FL 33137-4835

Kathryn Safer
10295 Collins Avenue, Unit 716
Miami Beach, FL 33154-1480

Kaufman Realty Group, LLC
10295 Collins Avenue, Unit 1817
Miami Beach, FL 33154-1487


Kenco Services Inc.
2325 West 77th Street
Hialeah, FL 33016-1869

Kingdom Global Logistics LLC
3645 Southeast 5th Court
Cape Coral, FL 33904-5202

Kiwi Collection
37 East 18th Street
8th Floor
New York, NY 10003-2001


Krienke Foods International Ll
1343 Arden View Drive
Arden Hills, MN 55112-1943

Ku Trading LLC
10295 Collins Avenue, Unit 914
Miami Beach, FL 33154-1481

La Provence French Bakery Whol
2106 NW 13th Avenue
Miami, FL 33142-7704


Lank Oil Company
2203 West Mcnab Road
Pompano Beach, FL 33069-4304

Larry Kline Wholesale Meats &
350 Goolsby Blvd.
Deerfield Beach, FL 33442-3005

Larry Kline Wholesale Meats &
PO Box 4696
Deerfield Beach, FL 33442-4696


Larry Pratt
10295 Collins Avenue, Unit 514
Miami Beach, FL 33154-1479

LawsFlaws Inc
6216 NW 9 Ct
Margate, FL 33063-3653

Lawson Products Inc.
PO Box 809401
Chicago, IL 60680-9401


Lewis Schenker and Arline Schenker
Joseph Puglisi and Patricia Puglisi
10295 Collins Avenue, Unit 416
Miami Beach, FL 33154-1478

Lexisnexis Occ. Health Solution
PO Box 7247-7780
Philadelphia, PA 19170-7780

M&D Real Property, LLC
9100 S Dadeland Blvd
Ste 912
Miami, FL 33156-7866


MECH/ONE-US Corp.
10295 Collins Avenue, Unit 1515
Miami Beach, FL 33154-1485

MECH/ONE-US Corp.
801 Brickell Ave #2100
Miami, FL 33131-4943

Mail.con Media Corporation
9800 S. La Cienega Blvd
14th Floor
Los Angeles, CA 90301-4449

| | | |
|---|---|---|
| Marcelo Navarro<br>10295 Collins Avenue, Unit 317<br>Miami Beach, FL 33154-1477 | Marenas Resort<br>18683 Collins Avenue<br>Sunny Isles Beach, FL 33160-2404 | Mark Pordes<br>c/o William G. Salim, Jr., Esq.<br>800 Corporate Drive, Suite 500<br>Fort Lauderdale, FL 33334-3621 |
| Market Metrix of Delaware LLC<br>125 E Sir Francis Drake Blvd.<br>Suite 300<br>Larkspur, CA 94939-1820 | Marky's<br>687 NE 79 Street<br>Miami, FL 33138-4709 | McDonald Hopkins LLC<br>Attn: Raquel A. Rodriguez, Esq.<br>200 South Biscyane Blvd., Suite 3130<br>Miami, FL 33131-2344 |
| Mcarthur Dairy<br>PO Box 932688<br>Atlanta, GA 31193-2688 | Melody, Inc<br>PO Box 522170<br>Miami, FL 33152-2170 | Memory Suppliers, Inc.<br>8145 River Drive, Suite 101<br>Morton Grove, IL 60053-2645 |
| Menca, LLC<br>10295 Collins Avenue, Unit 1612<br>Miami Beach, FL 33154-1486 | Menca, LLC<br>10295 Collins Avenue, Unit 1613<br>Miami Beach, FL 33154-1486 | Miami Pool Tech, Inc.<br>8493 NW 54th Street<br>Doral, FL 33166-3320 |
| Miami-Dade Tax Collector<br>140 West Flagler Street<br>Room 101<br>Miami, FL 33130-1559 | Michael C. Murr<br>10295 Collins Avenue, Unit 1614<br>Miami Beach, FL 33154-1486 | Michael C. Murr<br>10295 Collins Avenue, Unit 1615<br>Miami Beach, FL 33154-1486 |
| Michael Murr<br>1 North Water St<br>Greenwich, CT 06830-5827 | Micros Systems, Inc.<br>PO Box 842956<br>Boston, MA 02284-2956 | Milner Document Products<br>PO Box 41602<br>Philadelphia, PA 19101-1602 |
| Milner, Inc.<br>P.O. Box 923197<br>Norcross, GA 30010-3197 | Modern Luxury Media, LLC<br>PO Box 512808<br>Los Angeles, CA 90051-0808 | Molton Brown, Inc.<br>One Penn Plaza<br>Suite 2207<br>New York, NY 10119-2207 |
| Monarch Drapery & Carpet Clean<br>5501 NW 22nd Avenue<br>Fort Lauderdale, FL 33309-2714 | Mozzarita, Inc.<br>5390 NE 13th Way<br>Pompano Beach, FL 33064-4904 | Mr. Green's Produce, Inc.<br>1620 NW 21 Street Bay A<br>Miami, FL 33142-7400 |
| Muscle & Wrench Fitness Equipment<br>1301 W. Copans Rd. #A-11<br>Pompano Beach, FL 33064-2252 | My Life Ventura Group, Inc.<br>10295 Collins Avenue, Unit 817<br>Miami Beach, FL 33154-1481 | Mywedding.com<br>4700 Castleton Way, Suite 210<br>Castle Rock, CO 80109-7897 |
| Nain Farhat and Kinda Farhat<br>Hassan Abbass and Julia Abbass<br>10295 Collins Avenue, Unit 810<br>Miami Beach, FL 33154-1481 | Nain Farhat and Kinda Farhat<br>Hassan Abbass and Julia Abbass<br>10295 Collins Avenue, Unit 811<br>Miami Beach, FL 33154-1481 | Naples Bay Resort<br>1500 S. Fifth Ave.<br>Naples, FL 34102-3492 |

| | | |
|---|---|---|
| New White Linen, Inc.<br>847 West 17 Street<br>Hialeah, FL 33010-2318 | Newlink Communications<br>1111 Brickell Avenue #1350<br>Miami, FL 33131-3148 | Niche Media Holding, LLC<br>c/o Media Receivable Management<br>P.O. Box 320452<br>Tampa, FL 33679-2452 |
| Nicholaos Rokanas and Penelope Laskaris<br>10295 Collins Avenue, Unit 916<br>Miami Beach, FL 33154-1481 | Norman & Lillian Glowinsky<br>1962 Yonge St, Ste 200<br>Toronto, ON M4S1Z4 Canada | Norman Glowinsky & W. Lililan Glowinsky<br>10295 Collins Avenue, Unit 1516<br>Miami Beach, FL 33154-1485 |
| Norman Glowinsky & W. Lililan Glowinsky<br>10295 Collins Avenue, Unit 1517<br>Miami Beach, FL 33154-1485 | O Investments, LLC<br>10295 Collins Avenue, Unit 916<br>Miami Beach, FL 33154-1481 | OBH Condotel, LLC<br>10295 Collins Avenue, Unit 814<br>Miami Beach, FL 33154-1481 |
| OBH Condotel, LLC<br>10295 Collins Avenue, Unit 815<br>Miami Beach, FL 33154-1481 | OBH Funding, LLC<br>3000 John Deere Road<br>Toano, VA 23168-9332 | OBH Hotel Condominium, LLC<br>10295 Collins Avenue, Unit 1412<br>Miami Beach, FL 33154-1484 |
| OBH Hotel Condominium, LLC<br>10295 Collins Avenue, Unit 710<br>Miami Beach, FL 33154-1480 | OBH Hotel Condominium, LLC<br>10295 Collins Avenue, Unit 711<br>Miami Beach, FL 33154-1480 | OBH Investment Properties, Inc.<br>120 NE 27 Street, Suite 500<br>Miami, FL 33137-4430 |
| ONE 1414-1415, LLC<br>c/o Serber & Associates, P.A.<br>2875 NE 191 Street<br>Turnberry Plaza, Suite 801<br>Aventura, FL 33180-2801 | ONE B417 Inc.<br>10295 Collins Avenue, Unit 417<br>Miami Beach, FL 33154-1478 | Ocean Drive Magazine<br>404 Washington Ave, Suite 650<br>Miami Beach, FL 33139-6606 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | One Safe Place Media Corp.<br>1550 W. Walnut Hill Lane<br>Irving, TX 75038-3701 | One Stop Construction, Inc.<br>1000 Ponce De Leon Blvd<br>Suite 208<br>Coral Gables, FL 33134-3345 |
| One Stop Networking LLC<br>862 SW 6 Street, Unit 7<br>Miami, FL 33130-3267 | Open Table, Inc.<br>PO Box 671198<br>Dallas, TX 75267-1198 | OwnerRelations Technology<br>#213-39012 Discovery Way<br>Squamish BC V8B 0E5 |
| Patisserie De France Inc.<br>P.O Box 540648<br>Opa Locka, FL 33054-0648 | Patricia H. De Laulhe<br>10295 Collins Avenue, Unit 216<br>Miami Beach, FL 33154-1477 | Patricia H. De Laulhe<br>10295 Collins Avenue, Unit 614<br>Miami Beach, FL 33154-1479 |
| Patricio Fernandez<br>10295 Collins Avenue, Unit 915<br>Miami Beach, FL 33154-1481 | Paul Dalmazio<br>10295 Collins Avenue, Unit 611<br>Miami Beach, FL 33154-1479 | Paula Parish Peterson<br>PO Box 3458<br>Durango, CO 81302-3458 |

Pistorino & Alan Consulting
7171 SW 62nd Ave #401
South Miami, FL 33143-4723

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Inc
2844 Corporate Way
Miramar, FL 33025-6546

Plum TV, LLC
555 Washington Avenue, Suite 34
Miami Beach, FL 33139-6639

Pomeroy Electric Inc
3131 SW 13th Dr
Deerfield Beach, FL 33442-8189

Preferred Hotel Group Inc.
311 South Wacker Drive Ste 1900
Chicago, IL 60606-6676

Premier Beverage Company LLC
PO Box 820410
South Florida, FL 33082-0410

Pricewaterhouse Coopers
1441 Brickell Ave, Suite 1100
Miami, FL 33131-3429

Prime Mechanical Service
1854 NW 21st Street
Pompano Beach, FL 33069-1306

Pro-Bel Enterprises Limited
65 Sunray St.
Whitby, Ontario L1N 8Y3

Professional Outsourcing Inc.
970 West 190th Street #920
Torrance, CA 90502-1063

Progressive Business Pub.
370 Technology Drive
Malvern, PA 19355-1315

Protravel International, Inc.
515 Madison Avenue
New York, NY 10022-5403

Purchase Power/Postal Privilege
PO Box 371874
Pittsburgh, PA 15250-7874

Puro Lamp, LLC
7000 Island Blvd, Apt 1009
North Miami Beach, FL 33160-2460

Purple Land, LLC
10295 Collins Avenue, Unit 817
Miami Beach, FL 33154-1481

Purple Land, LLC
Plantean De Frontenex 9A
1223
Cologny, Switzerland

Qi Botanical Tea (Canada) Ltd
PO Box 27537
Oakridge Postal Outlet
Vancouver BC V57 4M4

R. L. Schreiber, Inc.
1741 N.W. 33 Street
Pompano Beach, FL 33064-1327

R.W. Smith & Co.
3186 A. Airway Ave.
Costa Mesa, CA 92626-4650

RBH 1015 LLC
10295 Collins Avenue, Unit 1015
Miami Beach, FL 33154-1482

Raircon Corp.
12209 NW 106th Ct, #108
Medley, FL 33178-1216

Ray Smith
10295 Collins Avenue, Unit 1510
Miami Beach, FL 33154-1485

Ray Smith
10295 Collins Avenue, Unit 1511
Miami Beach, FL 33154-1485

Regent Bal Harbour, LLC
10295 Collins Avenue, Unit 1112
Miami Beach, FL 33154-1483

Regent Bal Harbour, LLC
10295 Collins Avenue, Unit 1113
Miami Beach, FL 33154-1483

Regent Bal Harbour, LLC
10295 Collins Avenue, Unit 714
Miami Beach, FL 33154-1480

Regent Bal Harbour, LLC / W. K. Gardner
10295 Collins Avenue, Unit 912
Miami Beach, FL 33154-1481

Regent Bal Harbour, LLC / W. K. Gardner
10295 Collins Avenue, Unit 913
Miami Beach, FL 33154-1481

Renee Brooks
10295 Collins Avenue, Unit 1415
Miami Beach, FL 33154-1484

| | | |
|---|---|---|
| Republic National Distributing<br>441 SW 12th Avenue<br>Deerfield Beach, FL 33442-3109 | Richard Melton<br>10295 Collins Avenue, Unit 410<br>Miami Beach, FL 33154-1478 | Riemer Insurance Group, Inc.<br>P. O. Box 250<br>Hallandale Beach, FL 33008-0250 |
| River Bal Harbour, LLC<br>10295 Collins Avenue, Unit 1214<br>Miami Beach, FL 33154-1471 | River Bal Harbour, LLC<br>10295 Collins Avenue, Unit 1215<br>Miami Beach, FL 33154-1471 | Robert Konig<br>10295 Collins Avenue, Unit 310<br>Miami Beach, FL 33154-1477 |
| Robert Konig<br>10295 Collins Avenue, Unit 311<br>Miami Beach, FL 33154-1477 | Robert Konig<br>10295 Collins Avenue, Unit 410<br>Miami Beach, FL 33154-1478 | Robert Konig<br>10295 Collins Avenue, Unit 411<br>Miami Beach, FL 33154-1478 |
| Rodas Cleaning Group, Inc.<br>7878 West 29 Ln, Apt #102<br>Hialeah, FL 33018-5169 | Rugsies<br>6786 Collins Avenue<br>Miami Beach, FL 33141-3241 | Rusty's Chips<br>16131 Gothard Street<br>Unit M<br>Huntington Beach, CA 92647-3650 |
| S&S National Waste<br>1486-D Skees Rd.<br>West Palm Beach, FL 33411-2622 | SOUBOA, LLC<br>10295 Collins Avenue, Unit 713<br>Miami Beach, FL 33154-1480 | SOUBOA, LLC<br>10295 Collins Avenue, Unit 716<br>Miami Beach, FL 33154-1480 |
| Sage Software, Inc.<br>PO Box 60000<br>File Number 73431<br>San Francisco, CA 94160-0001 | Sancarpra, LLC<br>10295 Collins Avenue, Unit 1115<br>Miami Beach, FL 33154-1483 | Satbir Singh<br>10295 Collins Avenue, Unit 1417<br>Miami Beach, FL 33154-1484 |
| Secure Products Corporation<br>439 S Hampshire Ave<br>Elmhurst, IL 60126-4103 | Servpro of North Miami<br>PO Box 223735<br>Hollywood, FL 33022-3735 | Sherwin Williams<br>451 NE 167th Street<br>N. Miami Beach, FL 33162-3906 |
| Sherwin-Williams Paint Store<br>1550 Alton Rd<br>Miami Beach, FL 33139-3344 | Siemens Building Technologies,<br>P.O. Box 2134<br>Carol Stream, IL 60132-2134 | SimplexGrinnell<br>Dept. Ch 10320<br>Palatine, IL 60055-0001 |
| Sky OBH, LLC<br>10295 Collins Avenue, Unit 316<br>Miami Beach, FL 33154-1477 | Sloan Investments LLC<br>10295 Collins Avenue, Unit 1216<br>Miami Beach, FL 33154-1471 | Sloan Investments LLC<br>10295 Collins Avenue, Unit 1217<br>Miami Beach, FL 33154-1471 |
| Small Luxury Hotels of the World<br>SLH Ltd. - Attn: Suzanne Drew<br>Portland House, 3rd Floor<br>Bressenden Place, London SW1E 5BH<br>United Kingdom | Smith Travel Research, Inc.<br>735 East Main Street<br>Hendersonville, TN 37075-2754 | Sno White Dust Control Service<br>PO Box 221630<br>Hollywood, FL 33022-1630 |

Sociedad de Inversiones Millacoa
10295 Collins Avenue, Unit 1610
Miami Beach, FL 33154-1486

Sociedad de Inversiones Millacoa
Luis Carrera 1400 32-B
Vitacura/ Santiago, Chile

Source Foods, Inc.
d/b/a Alfonso Gourmet Pasta, Inc.
2211 N.W. 30th Place
Pompano Beach, FL 33069-1026

South Florida Boiler & Gas Ser
4249 Southwest 71st Avenue
Miami, FL 33155-4660

Southcoast Fish Company of Broward
999 South Dixie Highway West
Pampano Beach, FL 33060-7805

Southern Wine & Spirits of Sou
PO Box 90249
Lakeland, FL 33804-0249

Spendmap
7501 Keele St, Suite 305
Vaughan, Ontario L4K 1Y2

Spotmaster
2100 NE 123rd Street
North Miami, FL 33181-2902

Staffind, LLC
3550 Biscayne Blvd
Miami, FL 33137-3841

Stanley I. Okun
10295 Collins Avenue, Unit 1514
Miami Beach, FL 33154-1485

Staples Advantage
Dept ATL
PO Box 405386
Atlanta, GA 30384-5386

Star OBH, LLC
10295 Collins Avenue, Unit 1710
Miami Beach, FL 33154-1486

Star OBH, LLC
10295 Collins Avenue, Unit 1711
Miami Beach, FL 33154-1486

Stephen Murphy - Vico Properties
10295 Collins Avenue, Unit 1510
Miami Beach, FL 33154-1485

Stephen Murphy - Vico Properties
10295 Collins Avenue, Unit 1511
Miami Beach, FL 33154-1485

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Suncarpra, LLC
10295 Collins Avenue, Unit 312
Miami Beach, FL 33154-1477

Suncoast Marketing
6545 Nova Drive, Suite 211
Fort Lauderdale, FL 33317-7410

SunIal, LLC
10295 Collins Avenue, Unit 717
Miami Beach, FL 33154-1480

Susie's Scrumptious Sweets
53 Mob Hill Rd
Sunrise, FL 33351

Svetlana Perevalov and Victor Perevalov
10295 Collins Avenue, Unit 1616
Miami Beach, FL 33154-1486

Svetlana Perevalov and Victor Perevalov
10295 Collins Avenue, Unit 1617
Miami Beach, FL 33154-1486

Sysco Food Services of South FL
PO Box 64000-A
Miami, FL 33164

Sysco South Florida, Inc.
P.O. Box 64000-A
Miami, FL 33164

T-Mobile
P.O. Box 790047
St. Louis, MO 63179-0047

T-Y Group
10800 NW 103 Street
Suite 1
Miami, FL 33178-1049

TAS Prop, LLC
10295 Collins Avenue, Unit 610
Miami Beach, FL 33154-1479

TWC Services Inc
5601 NW 9th Avenue, Ste 100
Fort Lauderdale, FL 33309-2831

TY.TY. & TY. Inc
P.O. Box 538033
Atlanta, GA 30353-8033

Teco Peoples Gas
PO Box 31017
Tampa, FL 33631-3017

Terence Owen
c/o Juan P. Gonzalez-Sirgo, Esq.
804 Douglas Entrance
Suite 373, Executive Tower Bldg.
Coral Gables, FL 33134

The Broadleaf Group, LLC
13100 Worthan Center Dr
Suite 150
Houston, TX 77065-5633

The Chefs' Warehouse of Florida
3535 NW 60th Street
Miami, FL 33142-2026

The Communications Factory LLC
333 W 41st Street, #806
Miami Beach, FL 33140-3608

The Hon. Pam Bondi
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-7021

The Madison Collection
2632 N. Miami Avenue
Miami, FL 33127-4438

The Miami Herald DD016754
P.O. Box 93
Raleigh, NC 27602-0093

The Miami Herald DD016755
P.O. Box 93
Raleigh, NC 27602-0093

The Steritech Group, Inc.
PO Box 472127
Charlotte, NC 28247-2127

Thomas D. Sullivan
3000 John Deere Road
Toano, VA 23168-9332

Thompson Legal Services, Inc
175 SW 7th Street Ste 2410
Miami, FL 33130-2966

Thyssenkrupp Elevator Corporation
PO Box 933010
Atlanta, GA 31193-3010

Trafalgar International
Investment Corp
c/o Irinal Sly
20803 Biscayne Blvd #302
Aventura, FL 33180-1431

Trafalgar International Investment
10295 Collins Avenue, Unit 1212
Miami Beach, FL 33154-1471

Trafalgar International Investment
10295 Collins Avenue, Unit 1213
Miami Beach, FL 33154-1471

Travelclick, Inc.
PO Box 71199
Chicago, IL 60694-1199

Treto's Brothers Power System
11835 SW 19 Ln, Unit 147
Miami, FL 33175-1613

Triangle Fire, Inc.
7720 NW 53rd Street
Doral, FL 33166-4102

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

US Parking & Associates, Inc.
1221 Brickell Avenue
Miami, FL 33131-3258

US Trademark Registration
633 West Fifth Street
28 Floor
Los Angeles, CA 90071

Ubaldo Marrero
10990 SW 28th St.
Miami, FL 33165-2308

Unyime Umanah and Idara Umanah
10295 Collins Avenue, Unit 612
Miami Beach, FL 33154-1479

Unyime Umanah and Idara Umanah
10295 Collins Avenue, Unit 613
Miami Beach, FL 33154-1479

ValleyCrest Landscape Maintenance, Inc.
c/o Amanda Simmons, Esq.
Shutts & Bowen LLP
300 South Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Valleycrest Landscape Maintenance
PO Box 404083
Atlanta, GA 30384-4083

Valter Romeo Consulting LLC
1200 West Avenue #707
Miami Beach, FL 33139-4316

Veltek LLC
PO Box 220051
Hollywood, FL 33022-0051

Vendo Pen LLC
Box-175
320 7th Avenue
Brooklyn, NY 11215-4194

| | | |
|---|---|---|
| Virtuoso, Ltd.<br>505 Main Street<br>Forth Worth, TX 76102-5456 | Visit Florida<br>2540 W Executive Center #200<br>Tallahassee, FL 32301-5015 | Vladimir Zbishevsky<br>10295 Collins Avenue, Unit 1810<br>Miami Beach, FL 33154-1487 |
| Vladislav Shatin<br>10295 Collins Avenue, Unit 1111<br>Miami Beach, FL 33154-1483 | W. Kent Gardner Living Trust<br>10295 Collins Avenue, Unit 912<br>Miami Beach, FL 33154-1481 | W. Kent Gardner Living Trust<br>10295 Collins Avenue, Unit 913<br>Miami Beach, FL 33154-1481 |
| W. Kent Gardner Living Trust<br>c/o William Gardner<br>9878 Cross Creek Dr<br>South Lyon, MI 48178-8510 | Waste Services of Florida Inc<br>P.O. Box 6494<br>Carol Stream, IL 60197-6494 | Waterton International, Inc.<br>P.O. Box 146<br>Road Town<br>Tortola, British Virgin Islands |
| We Valet<br>1825 Ponce De Leon Blvd<br>Coral Gables, FL 33134-4418 | Weddingpages, Inc.<br>11106 Mockingbird Drive<br>Omaha, NE 68137-2331 | Westquality, Inc. / Sky OBH, LLC<br>10295 Collins Avenue, Unit 316<br>Miami Beach, FL 33154-1477 |
| Westquality, Inc. / Star OBH LLC<br>10295 Collins Avenue, Unit 1710<br>Miami Beach, FL 33154-1486 | Westquality, Inc. / Sun OBH, LLC<br>10295 Collins Avenue, Unit 1711<br>Miami Beach, FL 33154-1486 | Westquality, Inc./Regent Bal Harbour LLC<br>10295 Collins Avenue, Unit 1112<br>Miami Beach, FL 33154-1483 |
| Westquality, Inc./Regent Bal Harbour LLC<br>10295 Collins Avenue, Unit 1113<br>Miami Beach, FL 33154-1483 | Westquality, Inc./The Regent Bal Harbour<br>10295 Collins Avenue, Unit 714<br>Miami Beach, FL 33154-1480 | William C. Diaz-Rousselot<br>1801 SW 1st Street<br>c/o Law Offices of Cesar R. Camacho<br>Miami, FL 33135-1901 |
| Windstream Communications Inc<br>P.O. Box 9001950<br>Louisville, KY 40290-1950 | WorkSquare<br>c/o Michael T. David, Managing Director<br>Allied National<br>5201 Blue Lagoon Dr., 8th Floor<br>Miami, FL 33126-7050 | Worksquare LLC<br>1444 Biscayne Blvd., Suite #114<br>Miami, FL 33132-1446 |
| Worldwide Payment Systems, S.A<br>Torneo, 72<br>Sevilla 41002 SPAIN | Yeager Management Group, LLC<br>17201 Collins Avenue, Apt. 1505<br>Sunny Isles, FL 33160-3478 | Yun Maintenance Service Inc.<br>2132 S.W. 132nd Way<br>Davie, FL 33325-5144 |
| Zdirect Inc.<br>1920 E. Hallandale Beach Blvd.<br>Suite 502<br>Hallandale Beach, FL 33009-4740 | Zephyrhills<br>PO Box 856680<br>Louisville, KY 40285-6680 | Brad Hayden<br>c/o Benchmark Management Company<br>4 Waterway Square #300<br>The Woodlands, TX 77380-2692 |
| Charles W Throckmorton Esq<br>2525 Ponce De Leon Blvd #9th Flr<br>Miami, FL 33134-6039 | Corali Lopez-Castro Esq<br>2525 Ponce de Leon 9 Fl<br>Coral Gables, FL 33134 | Harvey Garland Jr<br>200 S Biscayne Blvd #3400<br>Miami, FL 33131-5323 |

| | | |
|---|---|---|
| Harvey W. Gurland Jr.<br>200 S Biscayne Blvd #3400<br>Miami, FL 33131-5323 | Jorge J Perez<br>McDonald Hopkins LLC<br>c/o Raquel A. Rodriguez<br>200 S. Biscayne Blvd., Suite 3130<br>Miami, FL 33131-2344 | Mark Pordes<br>c/o William G. Salim, Jr., Esq.<br>Moskowitz, Mandell, Salim & Simowitz, PA<br>800 Corporate Drive<br>Suite 500<br>Fort Lauderdale, FL 33334-3621 |
| Paul D. Breitner<br>The Barthet Firm<br>200 S Biscayne Blvd # 1800<br>Miami, FL 33131-5333 | Troy Taylor<br>c/o Algon Group<br>10 Glen Lake Parkway #130<br>Atlanta, GA 30328-3495 | Vincent F Alexander<br>2525 Ponce De Leon Blvd<br>Coral Gables, FL 33134-6037 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities and Exchange Commission
Office of Reorganization
3475 Lenox Road NE
Suite 1000
Atlanta, GA 30326-1382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)10295 Collins Avenue, Hotel Condominium As | (u)ValleyCrest Landscape Maintenance, Inc. | (u)Miami |
| (u)Colletts Travel Limited<br>79 Brent Street<br>Hendon, LONDON<br>NW4 2EA | (u)Fortun Insurance Agency<br>Address Unknown | (u)One Hotels, LLC<br>Address Unknown |
| (u)Spa Ghawdex<br>Address Unknown | (u)Embree C Bedsole | End of Label Matrix<br>Mailable recipients   425<br>Bypassed recipients     8<br>Total                 433 |