ORDERED in the Southern District of Florida on Oct. 25, 2013



_____
Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| ELCOM HOTEL & SPA, LLC and | Case No. 13-10029-BKC-RAM |
| ELCOM CONDOMINIUM, LLC, | Case No. 13-10031-BKC-RAM |
| Debtors. | (Jointly Administered) |
| _____/ | |

**FINAL ORDER GRANTING DEBTORS' MOTION FOR
ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION
FINANCING PURSUANT TO §§ 11 U.S.C. 363 AND 364, (II) GRANTING
SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS TO LENDER
PURSUANT TO 11 U.S.C. § 364 WITH INTERIM REQUEST TO AUTHORIZE
IMMEDIATE BORROWING PURSUANT TO BANKRUPTCY RULE 4001(c),
~~AND (II) SCHEDULING FINAL HEARING~~[1]**

**THIS CAUSE** came before the Court for final hearing on October 22, 2013, at 2:30 p.m. on the *Motion for Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 363 and 364 and (II) Granting Superpriority Claims to Lender Pursuant to 11 U.S.C. § 364 with Interim Request to Authorize Immediate Borrowing Pursuant to Bankruptcy Rule*

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

*4001(c)* (the "**Motion**") [ECF No. 311] filed by Elcom Hotel & Spa, LLC ("**Elcom Hotel**") and Elcom Condominium, LLC ("**Elcom Condo**") (collectively, the "**Debtors**"). On October 10, 2013, the Court entered an order (the "**Interim Financing Order**") [ECF No. 350] granting preliminary approval of the Motion, on an interim basis, authorizing the Debtors to obtain superpriority claim post-petition financing in the amount of $500,000.00 from OBH Funding, LLC ("**OBH**"), and scheduling a final hearing. The Court having reviewed the Motion, heard argument of counsel, being otherwise fully advised in the premises, and for the reasons stated on the record, finds that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the Court has the authority to grant the relief requested in the Motion; (v) the relief requested in the Motion is necessary and in the best interests of the Debtors, their estates, and their creditors; (vi) the Debtors' decision to obtain credit from OBH on the terms set forth in the Motion and Interim Financing Order constitutes a reasonable exercise of the Debtors' business judgment, and the terms have been negotiated by the parties at arm's length and in good faith; (vii) proper and adequate notice of the Motion and the final hearing thereon has been given and no other or further notice is necessary; and (viii) finding good cause to grant the relief requested in the Motion on a final basis, it is

        **ORDERED** that:

        1.      The Motion is **GRANTED.**

        2.      Any objections to the Motion are overruled.

        3.      To the extent not already completed, the Debtors are authorized and directed to execute and deliver to OBH the DIP Loan Agreement, in substantially the same form as that

which was attached as Exhibit "A" to the Motion, as amended, modified and supplemented by the Interim Financing Order, along with any other required documents (as defined in the Interim Financing Order, collectively, the "**Postpetition Financing Documents**").

4. The Debtors are authorized to obtain additional post-petition financing (above the interim amounts previously approved by this Court in the Interim Financing Order, in the amount of $500,000.00) in the amount of $500,000.00 (collectively, the full amount of the post-petition financing, $1,000,000.00, as defined in the Interim Financing Order, the "**DIP Loan**") from OBH in accordance with the Postpetition Financing Documents.

5. All other terms and provisions of the Interim Financing Order are approved on a final basis and incorporated herein.

6. In the event that any provision of this Final Order conflicts with any term of the Interim Financing Order or the Postpetition Financing Documents, this Final Order shall govern.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Final Order.

###

**Submitted by:**
Corali Lopez-Castro, Esq.
Florida Bar No. 863830
**KOZYAK TROPIN & THROCKMORTON, P.A.**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Tel.: (305) 372-1800
Fax: (305) 372-3508
E-mail: clc@kttlaw.com

*Counsel for the Debtors*

**Copy furnished to:**
Corali Lopez-Castro, Esq.
*(Attorney Lopez-Castro is directed to serve a conformed copy of this Order upon all interested parties and to file a Certificate of Service with the Court)*