ORDERED in the Southern District of Florida on Nov. 25, 2013



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-10029-RAM |
| ELCOM HOTEL & SPA, LLC, and ELCOM ) | Case No. 13-10031-RAM |
| CONDOMINIUM, LLC, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Chapter 11 Case |
| ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER APPROVING MOTION (A) APPROVING COMPETITIVE BIDDING AND SALE PROCEDURES; (B) APPROVING FORM AND MANNER OF NOTICES; (C) APPROVING FORM OF PURCHASE AND SALE AGREEMENT; (D) SCHEDULING DATES TO CONDUCT AUCTION AND HEARING TO CONSIDER FINAL APPROVAL OF SALE, INCLUDING TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (E) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS PURSUANT TO 11 U.S.C. 363, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (F) GRANTING RELATED RELIEF**

10295 Collins Ave. Residential Association, Inc. (the "Residential Association") having filed a Motion For Reconsideration Of Order Approving Motion (A) Approving Competitive Bidding And Sale Procedures; (B) Approving Form And Manner Of Notices; (C) Approving Form Of Purchase And Sale Agreement; (D) Scheduling Dates To Conduct Auction And

Hearing To Consider Final Approval Of Sale, Including Treatment Of Executory Contracts And Unexpired Leases; (E) Authorizing Sale Of Substantially All Of Debtors' Assets Pursuant To 11 U.S.C. 363, Free And Clear Of All Liens, Claims, Encumbrances And Interests; And (F) Granting Related Relief [ECF No. 443] (the "Motion to Reconsider") and the matter having come before the Court during hearing scheduled on November 20, 2013, it is –

**ORDERED** that:

1. The Motion to Reconsider is denied.

2. This Order is without prejudice to the Residential Association's submission of a bid in connection with the auction sale scheduled by the Sale Order.

# # #

**Submitted by**:

Charles M. Tatelbaum
Hinshaw & Culbertson LLP
One East Broward Blvd., Ste 1010
Fort Lauderdale, FL  33301
Telephone:  (954) 467-7900
Facsimile:   (954) 467-1024
Email:  ctatelbaum@hinshawlaw.com
Counsel for *10295 Residential Condominium Association, Inc.*

**Copies to**:

Charles M. Tatelbaum, Esq.
(*Attorney Charles M. Tatelbaum shall upon receipt serve a copy of this Order upon all interested partie and file a certificate of service*)

18877975 0922340