**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| ELCOM HOTEL & SPA, LLC and | Case No. 13-10029-BKC-RAM |
| ELCOM CONDOMINIUM, LLC | Case No. 13-10031-BKC-RAM |
| Debtors. _____/ | (Jointly Administered) |

**EMERGENCY MOTION OF 10295 COLLINS AVENUE,
HOTEL CONDOMINIUM ASSOCIATION, INC. FOR ENTRY OF AN
ORDER DECLARING THAT AZZAMIA HOTELS, LLC IS NOT A
QUALIFYING BIDDER AND MAY NOT TAKE PART IN THE AUCTION**

**Emergency Hearing Requested**

**Basis for Requested Emergency Hearing**

The Hotel Condominium Association respectfully requests the Court to conduct an emergency hearing on this Motion prior to the commencement of the Auction, scheduled to begin on December 4, 2013 at 2:00 p.m., as it is essential that a determination be made in advance of the commencement of the Auction that Azzamia Hotels, LLC should not be allowed to be a Qualifying Bidder or take part in the Auction. The Hotel Condominium Association respectfully requests that the Court waive the provisions of Local Rule 9075-1(B), which requires an affirmative statement that a *bona fide* effort was made in order to resolve the issues raised in this Motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.

10295 Collins Avenue, Hotel Condominium Association, Inc. (the "Hotel Condominium Association"), hereby moves on an emergency basis (the "Motion") for an order preventing AZZAMIA Hotels, LLC (the "Sullivan Entity") from being allowed to be a Qualifying Bidder[1]

---

[1] Any term not defined herein shall have the meaning ascribed to it in the *Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form and Manner of Notices; (C) Approving Form of Purchase and Sale Agreement; (D) Scheduling Dates to Conduct Action and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; (E) Authorizing Sale of Substantially All of Debtors' Assets Pursuant to 11 U.S.C. § 363, Free and Clear of All Liens, Claims, Encumbrances and Interests;*

and taking part in the Auction scheduled to take place on December 4, 2013. In support of this Motion, the Hotel Condominium Association respectfully states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Pursuant to the Auction Procedures attached to the Procedures Order, the Proposal Deadline for an Interested Party to submit a Proposal (that could enable such Interested Party to qualify as a Qualifying Bidder and take part in the Auction) was Monday, December 2, 2013 at 12:00 p.m. (prevailing Eastern Time).

3. On Monday, December 2, 2013 at 11:15 am (45 minutes prior to the Proposal Deadline), the Debtors forwarded a Proposal that they had received from the Sullivan Entity a few minutes earlier. As indicated on page 3 of the Sullivan Entity's Proposal, Thomas Sullivan ("Sullivan") is listed as the "Manager" of the Sullivan Entity.

4. On the late afternoon of Tuesday, December 3, 2013, the board of the Hotel Condominium Association was able to meet to consider the Proposal submitted by the Sullivan Entity. Immediately prior to the filing of this Motion, the Hotel Condominium Association informed the Debtors of its opposition to the Sullivan Entity taking part in the Auction.

5. The board of the Hotel Condominium Association files this emergency Motion because it believes that the Sullivan Entity should not be permitted to take part in the Auction. The Hotel Condominium Association believes that the actions (or inaction) by Sullivan prior to the commencement of the state-court receivership in 2011 directly resulted in the

---

*and (F) Granting Related Relief* [ECF No. 418] ("Procedures Order") or the Court-approved revised auction procedures attached to the Procedures Order as Exhibit "1" ("Auction Procedures").

mismanagement and financial abuses suffered by the Hotel Condominium Association and the owners of the 124 hotel condominium units represented by it. The Hotel Condominium Association submits that permitting the Sullivan Entity to take part in the Auction, which could potentially result in the return of the Debtors' assets to an entity controlled by Sullivan, would be the equivalent of again letting the "fox guard the hen house".

6. For the reasons set forth in (i) the Forensic Accounting Report[2] issued in the state-court receivership, (ii) the proofs of claim filed by the Hotel Condominium Association in the Debtors' chapter 11 cases, (iii) the amended complaint in the current derivative action pending in the Debtors' chapter 11 cases that is being pursued by the Hotel Condominium Association and the 10295 Collins Avenue, Residential Condominium Association, Inc. (the "Residential Condominium Association" and together with the Hotel Association, collectively, the "Associations") against various defendants, including Sullivan and certain of his affiliated entities (*see* Adversary Proceeding No. no. 13-01590-RAM (the "Derivative Action")) and (iv) various pleadings filed by the Associations in the Debtors' chapter 11 cases), the Hotel

---

[2] On December 6, 2011, the Receiver filed a motion in the State Court to employ Berkowitz Dick Pollack & Brant (the "Forensic Accountants") to perform forensic accounting and other general accounting tasks. Forensic Accounting Report, p. 1. Specifically, the motion requested authorization for the Forensic Accountants to conduct a forensic accounting of all of the financial records of the Property, among other things, determine the extent to which Elcom and/or other parties misappropriated the assets of the Property and to conduct an analysis of the Property's rental program to determine whether participants received amounts owed to them under the rental program. Id. By order dated December 29, 2011, the State Court granted the motion. Id.

On or about July 26, 2012, the Forensic Accountants issued an extensive 41-page report (with additional exhibits) titled the "Forensic Accounting Report" (the "Forensic Accounting Report"). A copy of the Forensic Accounting Report is attached as an exhibit to the motion filed by the Association to appoint a chapter 11 trustee in the Chapter 11 Cases. See *10295 Collins Avenue, Residential Condominium Association, Inc.'s Emergency Motion to Appoint a Chapter 11 Trustee* [ECF No. 29], Exhibits A-1 to A-5.

The many management and financial abuses suffered by the Hotel Association and the owners of the hotel condominium units that are represented by the Hotel Association are detailed in the Forensic Accounting Report, in the proofs of claim filed by the Hotel Association and such parties in the Debtors' cases, in the Derivative Action commenced by the Associations in the Debtors' cases, and in various pleadings filed by the Associations in the Debtors' cases.

Condominium Association believes that the Sullivan Entity is not qualified to take part in the Auction.

WHEREFORE, 10295 Collins Avenue, Hotel Condominium Association, Inc. respectfully requests that this Court enter an order preventing the Sullivan Entity from being allowed to take part in the Auction, and granting such other and further relief as the Court deems appropriate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 3rd day of December, 2013, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

Dated:   Miami, Florida
             December 3, 2013

                                                            Respectfully submitted,

                                                            PARDO GAINSBURG, P.L.
200SE 1st Street, Suite 700
Miami, FL  33131
Telephone: (305) 358-2001
Facsimile:  (305) 358-2001

By:     /s/ Stevan J. Pardo
           Stevan J. Pardo
           Florida Bar No. 438626
           spardo@pardogainsburg.com

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340
Christopher A. Jarvinen
Florida Bar No. 021745
cjarvinen@bergersingerman.com

*Counsel for the 10295 Collins Avenue, Hotel Condominium Association, Inc.*

## CM/ECF SERVICE LIST

**13-10029-RAM Notice will be electronically mailed to:**

Vincent F Alexander on behalf of Debtor Elcom Condominium, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Debtor Elcom Hotel & Spa, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Debtor Elcom Hotel & Spa, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Defendant Elcom Condominium, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Defendant Elcom Hotel & Spa, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Interested Party Elcom Condominium, LLC
vfa@kttlaw.com, lf@kttlaw.com

Vincent F Alexander on behalf of Plaintiff Elcom Hotel & Spa, LLC
vfa@kttlaw.com, lf@kttlaw.com

Paul J. Battista, Esq on behalf of Interested Party Jorge J. Perez, as Receiver Only and not in his Individual Capacity
pbattista@gjb-law.com, gjbecf@gjb-law.com

Paul J. Battista, Esq on behalf of Interested Party McDonald Hopkins, LLC
pbattista@gjb-law.com, gjbecf@gjb-law.com

Francis L. Carter, Esq. on behalf of Mediator Francis L. Carter
flc@katzbarron.com, lcf@katzbarron.com

Ileana Espinosa Christianson, Esq. on behalf of Creditor Branch Banking & Trust Company
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com, lnegron@gray-robinson.com; ileana.christianson@gray-robinson.com

Ileana Espinosa Christianson, Esq. on behalf of Defendant Branch Banking and Trust Company, as Successor In Interest to Colonial Bank f/k/a Colonial Bank, N.A., a national banking association, by asset acquisition from the FDIC in its capacity as receiver for
ileana.christianson@gray-robinson.com, jceide@gray-robinson.com; lnegron@gray-robinson.com, ileana.christianson@gray-robinson.com

Joseph A. DeMaria on behalf of Defendant JYM General Partner, Ltd.
jad@tewlaw.com, ecs@tewlaw.com, mm@tewlaw.com, dturken@tewlaw.com

Joseph A. DeMaria on behalf of Defendant JYM, Ltd
jad@tewlaw.com, ecs@tewlaw.com, mm@tewlaw.com, dturken@tewlaw.com

Joseph A. DeMaria on behalf of Defendant We Valet, LLC
jad@tewlaw.com, ecs@tewlaw.com, mm@tewlaw.com, dturken@tewlaw.com

Joseph A. DeMaria on behalf of Defendant Jorge E Arevalo
jad@tewlaw.com, ecs@tewlaw.com, mm@tewlaw.com, dturken@tewlaw.com

Brian S Dervishi on behalf of Defendant Ocean Bank
bdervishi@wdpalaw.com, service@wdpalaw.com, pstokes@smpalaw.com

Michael J. Eisler, Esq. on behalf of Defendant Bayview Loan Servicing, LLC
meisler@strauseisler.com

John H Genovese, Esq on behalf of Creditor Berkowitz Pollack Brant
jgenovese@gjb-law.com, hburke@gjb-law.com, gjbecf@gjb-law.com

Zachary N James on behalf of Defendant ANO, LLC.
zjames@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Zachary N James on behalf of Defendant Elevation Communities, LLC
zjames@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Zachary N James on behalf of Defendant Thomas Sullivan
zjames@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Christopher A Jarvinen on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
cjarvinen@bergersingerman.com, efile@bergersingerman.com, mdiaz@bergersingerman.com

Harris J. Koroglu on behalf of Creditor ValleyCrest Landscape Maintenance, Inc.
hkoroglu@shutts.com, jgoodwin@shutts.com

Corali Lopez-Castro, Esq on behalf of Creditor 10295 Collins Avenue Residential Condominium Association, Inc.
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Debtor Elcom Condominium, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Debtor Elcom Hotel & Spa, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Debtor Elcom Hotel & Spa, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Defendant Elcom Condominium, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Defendant Elcom Hotel & Spa, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Interested Party Elcom Condominium, LLC
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Interested Party Jorge J. Perez, as Receiver Only and not in his Individual Capacity
clc@kttlaw.com, rcp@kttlaw.com

Corali Lopez-Castro, Esq on behalf of Plaintiff Elcom Hotel & Spa, LLC
clc@kttlaw.com, rcp@kttlaw.com

Richard H Malchon, Jr on behalf of Other Professional BMC-The Benchmark Management Company
richard.malchon@arlaw.com, katie.takas@arlaw.com

Aleida Martinez Molina on behalf of Interested Party Village of Bal Harbour, Florida
amartinez@wsh-law.com, jfuentes@wsh-law.com

Matthew Mazur, Jr on behalf of Interested Party William Perry Walker, III
mmazurjr@mazur-law.com, mazurpaecf@gmail.com

Nicole R Messamore on behalf of Creditor Freshpoint South Florida, Inc.
nmessamore@sblawfirmfl.com, general@sblawfirmfl.com

Barry E Mukamal
bankruptcy@marcumllp.com, FL64@ecfcbis.com

Timothy J Norris, Esq on behalf of Creditor Duane Morris LLP
tjnorris@duanemorris.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jeffrey J Pardo on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor 10295 Collins Investment Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor 133812 Canada, Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor 513 AMREI LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Bal Harbour 1017, LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Caluco Corp.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor George J Schafer LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Indulgence at Bal Harbour, LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Josemar LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor K & K Realty Associates LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Ku Trading LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Matter Investments, LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor TAS PROP LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Unit #1112 Regent Bal Harbour LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Unit #1113 Regent Bal Harbour LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Unit #714 Regent Bal Harbour, LLC
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Westquality Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Arline Shenker
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Ashok Kumar
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Claire Daniels
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Denis Trupkin
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Edward Tam
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Francis Leo Doyle
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Gary Daniels
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Hassan Abbass
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Julia Abbass
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Kinda Farhat
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Lewis Shenker
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Lillian Glowinsky
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Linda Trupkin
jpardo@pardogainsburg.com, jb@pardogainsburg.com

```
```

Jeffrey J Pardo on behalf of Creditor Michael Konig
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Michael C. Murr
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Naim Farhat
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Nicholaos Rokanas
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Noel A. D'Silva
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Norman Glowinsky
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Patricia Puglisi
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Penelope Laskaris
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Puglisi Joseph
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Tara Hart
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Creditor Vimal M. Fonseca
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Defendant 10295 Collins Avenue, Hotel Condominium Association, Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Plaintiff 10295 Collins Avenue Residential Condominium Association, Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Jeffrey J Pardo on behalf of Plaintiff 10295 Collins Avenue, Hotel Condominium Association, Inc.
jpardo@pardogainsburg.com, jb@pardogainsburg.com

Raquel A Rodriguez on behalf of Interested Party Jorge J Perez
rrodriguez@mcdonaldhopkins.com, ccorzo@mcdonaldhopkins.com

Peter D. Russin, Esq on behalf of Creditor ANO, LLC
prussin@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Peter D. Russin, Esq on behalf of Defendant ANO, LLC.
prussin@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Peter D. Russin, Esq on behalf of Defendant Elevation Communities, LLC
prussin@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Peter D. Russin, Esq on behalf of Defendant Thomas Sullivan
prussin@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

Peter D. Russin, Esq on behalf of Interested Party Thomas Sullivan
prussin@melandrussin.com, ltannenbaum@melandrussin.com, mrbnefs@yahoo.com

William G Salim Jr on behalf of Interested Party Mark Pordes
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Paul Steven Singerman, Esq on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
singerman@bergersingerman.com, mdiaz@bergersingerman.com, efile@bergersingerman.com

Peter A Tappert, Esq. on behalf of Defendant Ocean Bank
ptappert@wdpalaw.com, service@wdpalaw.com, ctsanchez@wdpalaw.com

Charles M Tatelbaum on behalf of Creditor 10295 Collins Avenue Residential Condominium Association, Inc.
ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com carrese@hinshawlaw.com, gfarmer@hinshawlaw.com, lportuondo@hinshawlaw.com, esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Charles M Tatelbaum on behalf of Creditor 10295 Collins Avenue, Hotel Condominium Association, Inc.
ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com carrese@hinshawlaw.com, gfarmer@hinshawlaw.com, lportuondo@hinshawlaw.com, esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Charles M Tatelbaum on behalf of Plaintiff 10295 Collins Avenue Residential Condominium Association, Inc.
ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com carrese@hinshawlaw.com, gfarmer@hinshawlaw.com, lportuondo@hinshawlaw.com, esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Charles M Tatelbaum on behalf of Plaintiff 10295 Collins Avenue, Hotel Condominium Association, Inc.
ctatelbaum@hinshawlaw.com, csmith@hinshawlaw.com carrese@hinshawlaw.com, gfarmer@hinshawlaw.com, lportuondo@hinshawlaw.com, esegarra@hinshawlaw.com, clucas@hinshawlaw.com

Charles W Throckmorton, Esq on behalf of Debtor Elcom Condominium, LLC
cwt@kttlaw.com, lf@kttlaw.com, ycc@kttlaw.com

Charles W Throckmorton, Esq on behalf of Debtor Elcom Hotel & Spa, LLC
cwt@kttlaw.com, lf@kttlaw.com, ycc@kttlaw.com

Charles W Throckmorton, Esq on behalf of Interested Party Elcom Condominium, LLC
cwt@kttlaw.com, lf@kttlaw.com. ycc@kttlaw.com

David S Turken on behalf of Defendant JYM General Partner, Ltd.
dturken@tewlaw.com

David S Turken on behalf of Defendant JYM, Ltd
dturken@tewlaw.com

David S Turken on behalf of Defendant We Valet, LLC
dturken@tewlaw.com

David S Turken on behalf of Defendant Jorge E Arevalo
dturken@tewlaw.com

Albert J Vitto, III on behalf of Creditor Yun Maintenance Services, Inc.
vitto@slpalaw.com

Jason Weaver on behalf of Creditor HSA Investments I, LLC
jasonweaveresq@gmail.com, akaplan@hagenlawfirm.com

Jason Weaver on behalf of Creditor HSA Investments II, LLC
jasonweaveresq@gmail.com, akaplan@hagenlawfirm.com

Jason Weaver on behalf of Creditor HSA Investments III, LLC
jasonweaveresq@gmail.com, akaplan@hagenlawfirm.com

Jason Weaver on behalf of Defendant HSA Investments I, LLC
jasonweaveresq@gmail.com, akaplan@hagenlawfirm.com

Jason Weaver on behalf of Defendant HSA Investments II, LLC
jasonweaveresq@gmail.com, akaplan@hagenlawfirm.com

Jason Weaver on behalf of Defendant HSA Investments III, LLC
jasonweaveresq@gmail.com, akaplan@hagenlawfirm.com

Doron Weiss on behalf of Debtor Elcom Hotel & Spa, LLC
dweiss@barthet.com

Doron Weiss on behalf of Plaintiff Elcom Hotel & Spa, LLC
dweiss@barthet.com

Doron Weiss on behalf of Special Counsel Paul D. Breitner
dweiss@barthet.com