

ORDERED in the Southern District of Florida on December 5, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| ELCOM HOTEL & SPA, LLC and<br>ELCOM CONDOMINIUM, LLC, | Case No. 13-10029-BKC-RAM<br>Case No. 13-10031-BKC-RAM |
| Debtors.<br>_____/ | (Jointly Administered) |

ORDER GRANTING
DEBTORS' "EX PARTE" MOTION TO CLARIFY ORDER (I) APPROVING
DISCLOSURE STATEMENT; (II) SETTING HEARING ON CONFIRMATION OF
PLAN; (III) SETTING HEARING ON FEE APPLICATIONS; (IV) SETTING VARIOUS
DEADLINES; AND (V) DESCRIBING PLAN PROPONENTS' OBLIGATIONS
WITH REGARD TO CLAIM OBJECTION TO DEADLINE

On December 4, 2013 the Debtors filed an "Ex Parte" Motion (ECF No. ___) to clarify the Court's *Order (I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponents' Obligations* ("**Order Setting Confirmation Deadlines**," ECF No. 461).

4233.101/350008.1

1

Without conducting a hearing the Court considered the matter on the papers submitted, and finding good cause to grant the relief requested, it is –

**ORDERED** that the Motion is GRANTED. The December 6, 2013 deadline for claim objections in the Order Setting Confirmation Deadlines applies only to objections for purposes of voting on the Plan, and does not apply to objections to the amount or allowability of claims for the purpose of making distributions under the Plan, or otherwise supersede the provisions in the Plan with respect to claim objections.

###

**ORDER SUBMITTED BY:**

Corali Lopez-Castro, Esq.
*Counsel for Debtors*
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel:   (305) 372-1800
Fax:   (305) 372-3508
Email: clc@kttlaw.com

**COPIES FURNISHED TO:**

Corali Lopez-Castro, Esq.
[Attorney Lopez-Castro is directed to serve copies of this order on all interested parties and to file a certificate of service]